**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JERRYE MILLIGAN,                          )
    Plaintiff,                              )
                        )   **Case No. 3:12-CV-00049 JTK**
v.                                                  )
                        )
MICHAEL J. ASTRUE, Commissioner,   )
Social Security Administration               )
    Defendant.                            )
                        )

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner

is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 20th day of September, 2012.


_____
United States Magistrate Judge